# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| FREEDOM PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRO-STAR INTERNATIONAL CO. LTD.,<br><br>Defendant. | CIVIL ACTION NO. 4:24-cv-538-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Freedom Patents LLC ("Freedom Patents") and Defendant Micro-Star International Co. Ltd. ("MSI" or "Defendant"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by Freedom Patents against MSI in this action are hereby dismissed with prejudice and all counterclaims asserted by MSI against Freedom Patents are hereby dismissed without prejudice. It is further

**ORDERED** that Freedom Patents and MSI shall bear their own costs, expenses, and legal fees in this case.

**IT IS SO ORDERED.**

**SIGNED this 14th day of November, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE